`IN THE UNITED STATE BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

In re:

KEYS, GENE ADAIR                              Case No. 09-30059

Debtor(s)

### MOTION TO TRANSFER BALANCE TO REGISTRY FUND

Comes now Norman E. Rouse, Trustee and states that there is on deposit in Chase Manhattan Bank to the credit of the above captioned estate, the sum of $36.21.

The sum of $36.21 is from funds that were returned to the trustee by Collector of Revenue, James Otey  the check was never cashed.

Wherefore Norman E. Rouse, Trustee prays that this Court enter an order allowing-said trustee to pay to the Clerk of the United State Bankruptcy Court as provided by §347 of the Bankruptcy Code, the sum of $ 36.21 constituted by the following

| | |
|---|---|
| Collector of Revenue James Otey | $ 36.21 |
| Total | $ 36.21 |

/s/ Norman E. Rouse
Norman E. Rouse, Trustee